<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Miller Concrete Construction and Associates LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2795087** |

4. **Debtor's address**

**Principal place of business**

**1681 Nordic Trace**
**Marietta, GA 30068**
Number, Street, City, State & ZIP Code

**Cobb**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Miller Concrete Construction and Associates LLC**                Case number *(if known)* _____
         Name

---

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __1542__

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor    **Miller Concrete Construction and Associates LLC**                                    Case number (*if known*) _____
_____ Name

**10.** **Are any bankruptcy cases**      ☐ No
    **pending or being filed by a**   ■ Yes.
    **business partner or an**
    **affiliate of the debtor?**

List all cases. If more than 1,    Debtor    **Stanley Austin Miller**                    Relationship    **Sole Member**
attach a separate list                        _____          _____

                                District    **Northern District of Georgia**    When    **1/29/23**    Case number, if known    **23-50879**

**11.** **Why is the case filed in**    *Check all that apply:*
    ***this district?***
                ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                   preceding the date of this petition or for a longer part of such 180 days than in any other district.
                ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
    **have possession of any**   ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**      **Why does the property need immediate attention?** (*Check all that apply.*)

                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                  What is the hazard? _____

                ☐ It needs to be physically secured or protected from the weather.

                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                ☐ Other _____

                **Where is the property?** _____
                                         Number, Street, City, State & ZIP Code

                **Is the property insured?**

                ☐ No
                ☐ Yes.    Insurance agency _____
                             Contact name _____
                             Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**  .    *Check one:*
    **available funds**
                ☐ Funds will be available for distribution to unsecured creditors.

                ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49                     ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**            ☐ 50-99                    ☐ 5001-10,000             ☐ 50,001-100,000
                  ☐ 100-199                  ☐ 10,001-25,000           ☐ More than100,000
                  ☐ 200-999

**15.** **Estimated Assets**    ■ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                  ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                  ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Miller Concrete Construction and Associates LLC**                              Case number (*if known*) _____
     Name

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor    **Miller Concrete Construction and Associates LLC**                    Case number (*if known*) _____
             Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**
               MM / DD / YYYY

**X** **/s/ Stanley Austin Miller** _____                    **Stanley Austin Miller** _____
      Signature of authorized representative of debtor                          Printed name

Title    **President, Sole Member, Sole Owner, Registered Agent**

---

**18. Signature of attorney**

**X** **/s/ Danny Coleman, MBA, Atty** _____    Date    **February  6, 2023**
      Signature of attorney for debtor                                       MM / DD / YYYY

**Danny Coleman, MBA, Atty 177427**
Printed name

**Coleman Legal Group, LLC**
Firm name

**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
Number, Street, City, State & ZIP Code

Contact phone    **(770) 282-7470**    Email address    **attorney@dcolemanlaw.com**

**177427 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**        X */s/ Stanley Austin Miller*
                                                Signature of individual signing on behalf of debtor

                                                **Stanley Austin Miller**
                                                Printed name

                                                **President, Sole Member, Sole Owner, Registered Agent**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name      **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................  $     **23,560.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................  $     **23,560.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **48,655.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$     **724,933.17**

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b    $     **773,588.17**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miller Concrete Construction and Associates LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.

| Debtor | **Miller Concrete Construction and Associates LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 GMC Sierra SLT 92,000 miles<br>Location: 1681 Nordic Trace, Marietta,<br>GA 30068** | **Unknown** | **Comparable sale** | **$23,500.00** |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Three (3) Shovels** | **$0.00** | **Replacement** | **$60.00** |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $23,560.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Debtor      __Miller Concrete Construction and Associates LLC__      Case number *(If known)* _____
        Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Miller Concrete Construction and Associates LLC**          Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,560.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,560.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,560.00 |

**Fill in this information to identify the case:**

Debtor name  **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Citizens Bank** | | $48,655.00 | $47,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attention: ROP-15B
1 Citizens Drive
Providence, RI 02940**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
July 2021**

**Last 4 digits of account number
6411**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2019 GMC Sierra SLT 92,000 miles
Location: 1681 Nordic Trace, Marietta, GA 30068**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $48,655.00

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| 2.1 | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Georgia Department of Revenue Compliance Div-ARCS-Bankruptcy 1800 Century Blvd NE, Ste 9100 Atlanta, GA 30345-3202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred **2022** | Basis for the claim: **Notice Purposes** | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| 2.2 | | Total claim: $0.00 | Priority amount: $0.00 |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Internal Revenue Service Centralized Insolvency Oper. P. O. Box 7346 Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred **2022** | Basis for the claim: **Notice Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Miller Concrete Construction and Associates LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**Ally Financial Inc.**
**Ally Detroit Center**
**500 Woodward Avenue**
**Detroit, MI 48226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2019 GMC 2500 Duramax Truck Repossession**

Is the claim subject to offset? ■ No ☐ Yes

**$44,756.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Aluma Systems**
**5240 East Great SW Pkwy**
**Atlanta, GA 30336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor, Metal Forms for Walls**

Is the claim subject to offset? ■ No ☐ Yes

**$39,370.18**

---

**3.3** | Nonpriority creditor's name and mailing address

**Ariel Bouskila Esq.**
**Berkovitch & Bouskila PLLC**
**80 Broad St, Suite 3303**
**New York, NY 10004**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney for Newco Capital Group VI LLC Judgment Creditor Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Ariel Bouskila Esq.**
**Berkovitch and Bouskila, PLLC**
**80 Broad St, Suite 3303**
**New York, NY 10004**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney for Judgment Creditor Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**B & B Concrete of Kansas LLC**
**10025 Office Center Avenue**
**Sappington, MO 63128**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Citibank - The Home Depot**
**Citicorp Credit BK Dept**
**PO Box 790034**
**Saint Louis, MO 63179**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0027**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

**$1,476.01**

---

**3.7** | Nonpriority creditor's name and mailing address

**Fora Financial Advance LLC**
**519 8th Avenue 11th Floor**
**New York, NY 10018**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$83,000.00**

---

| Debtor | **Miller Concrete Construction and Associates LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,158.27 |
|---|---|---|---|

**Forward Financing**
53 State Street
20th Floor
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Unsecured Business Loan Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**FrankCrum General Agency**
100 South Missouri Avenue
Clearwater, FL 33756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Workers Compensation Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,519.03 |
|---|---|---|---|

**FunBox**
6900 Dallas Parkway
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155,901.24 |
|---|---|---|---|

**Newco Capital Group**
1 Whitehall Street
Suite 200
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Judgment Merchant Cash Advance Creditor**

Last 4 digits of account number **2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,605.11 |
|---|---|---|---|

**Ram Tool Construction Supply**
4500 5th Avenue South
Bldg A
Birmingham, AL 35222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,248.00 |
|---|---|---|---|

**SG Tiltwall Patchers**
2327 Monroe Drive
Gainesville, GA 30507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,464.71 |
|---|---|---|---|

**Shell Gas Fleet**
PO Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Automotive Fuel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Miller Concrete Construction and Associates LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**
Stanley Austin Miller
1681 Nordic Trace
Marietta, GA 30068

Date(s) debt was incurred  2021 to Present

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money owed to sole member.

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**
Sunbelt Rental Inc.
PO Box 409211
Atlanta, GA 30384

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Equipment Rentals

Is the claim subject to offset? ■ No  ☐ Yes

**$1,059.81**

---

**3.17**

**Nonpriority creditor's name and mailing address**
Sunstate Equipment Co, LLC
5552 E Washington
Phoenix, AZ 85034

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Equipment Rentals

Is the claim subject to offset? ■ No  ☐ Yes

**$8,446.43**

---

**3.18**

**Nonpriority creditor's name and mailing address**
Supreme Court NY, Ontario Cnty
Clerk, Index # 133678/2022
27 N Main St
Canandaigua, NY 14424

Date(s) debt was incurred  2022

Last 4 digits of account number  2022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Judgment
Notice Purposes

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**
Truist / SunTrust
214 N Tryon St
Charlotte, NC 28202-1078

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Bank Account
Overdrafted Account(s)

Is the claim subject to offset? ■ No  ☐ Yes

**$691.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
Unique Funding Solution LLC
71 S. Central Avenue
Suite 200
Valley Stream, NY 11580

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Business Loan
Merchant Cash Advance

Is the claim subject to offset? ■ No  ☐ Yes

**$29,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
United Rebar Solution
467 Roxbury Drive
Riverdale, GA 30274

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

**$37,800.00**

---

| Debtor | **Miller Concrete Construction and Associates LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,664.47 |
|---|---|---|---|

**USA Ready Mix LLC**
**PO Box 101868**
**Birmingham, AL 35210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  **Business Material Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,772.91 |
|---|---|---|---|

**White Cap L.P.**
**PO Box 4944**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 724,933.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 724,933.17 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name   **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Miller Concrete Construction and Associates LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,500,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$6,000,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Miller Concrete Construction and Associates LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Newco Capital Group VI LLC vs. Miller Concrete Construction and Associates LLC, Stanley Austin Miller, et al.**<br>**133678/2022** | **Suit for Breach of Contract Merchant Cash Advance** | **Supreme Court of NY, Ontario County**<br>**27 N Main St**<br>**Canandaigua, NY 14424** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    __Miller Concrete Construction and Associates LLC__                    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Coleman Legal Group, LLC**<br>**11539 Park Woods Cirlce**<br>**Suite 304**<br>**Alpharetta, GA 30005** | **Attorney's Fees for Bankruptcy** | **February 2023** | **$2,500.00** |
| | **Email or website address**<br>**www.ColemanLegalGroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Coleman Legal Group, LLC**<br>**11539 Park Woods Circle**<br>**Suite 304**<br>**Alpharetta, GA 30005** | **Public Records Report** | **February 2023** | **$167.00** |
| | **Email or website address**<br>**www.ColemanLegalGroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Coleman Legal Group, LLC**<br>**11539 Parkwoods Circle**<br>**Suite 304**<br>**Alpharetta, GA 30005** | **Court Filing Fee** | **February 2023** | **$338.00** |
| | **Email or website address**<br>**www.ColemanLegalGroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Debtor   **Miller Concrete Construction and Associates LLC**          Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | Miller Concrete Construction and Associates LLC | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Miller Concrete Construction and Associates LLC**                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Kevin Phillips**<br>**K. L. Phillips Firm, LLC**<br>**200 Glen Eagles Ct**<br>**Suite 11B**<br>**Carrollton, GA 30117** | **2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Stanley Austin Miller**<br>**1681 Nordic Trace**<br>**Marietta, GA 30068** | |
| 26c.2.    **Kevin Phillips**<br>**K. L. Phillips Firm LLC**<br>**200 Glen Eagles Ct**<br>**Suite 11B**<br>**Carrollton, GA 30117** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

Debtor    **Miller Concrete Construction and Associates LLC**                     Case number *(if known)* _____

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Stanley Austin Miller** | **1681 Nordic Trace Marietta, GA 30068** | **President, Sole Member, Manager** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Stanley Austin Miller 1681 Nordic Trace Marietta, GA 30068** | **$56,000** | **February 2022 through January 2023** | **Owner / Manager Compensation** |
| | Relationship to debtor **President, Sole Member, Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Miller Concrete Construction and Associates LLC**          Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2023**
                        _____

**/s/ Stanley Austin Miller**                                    **Stanley Austin Miller**
_____                    _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President, Sole Member, Sole Owner,
                                      Registered Agent**
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Miller Concrete Construction and Associates LLC**                         Case No.
                                            Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
       **Representation of the debtor(s) at the first (1st) meeting of creditors. The client(s) have been informed and understand that certain tasks with the client's case, including but not limited to representation at the First Meeting of Creditors Hearing (341 Hearing) may be contracted out to attorneys that are not associate attorneys of Coleman Legal Group, LLC. Clients authorizes such delegations at the attorney's discretion.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation, review, signing and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; prepration and filing of motions to avoid liens / judgments on real property or personal propery; any court hearing(s) other than the Scheduled 341 Meeting of Credtiors; Rule 2004 Depositions; exemptions planning; any amendment to any document filed in the case; letters to credtiors or any other party of interest to the bankruptcy case after the discharge and closing of the case. Client(s) has/have entered into and signed an hourly rate attorney-client agreement. Clients' case is not flat rate in accordance with the signed attorney-client agreement.**

In re    **Miller Concrete Construction and Associates LLC**    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**February  6, 2023**
_____
*Date*

**/s/ Danny Coleman, MBA, Atty**
_____
**Danny Coleman, MBA, Atty 177427**
*Signature of Attorney*
**Coleman Legal Group, LLC**
**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
**(770) 282-7470**
**attorney@dcolemanlaw.com**
_____
*Name of law firm*

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Miller Concrete Construction and Associates LLC**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President, Sole Member, Sole Owner, Registered Agent of the corporation named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February  6, 2023**

**/s/ Stanley Austin Miller**

**Stanley Austin Miller/President, Sole Member, Sole Owner,
Registered Agent**
Signer/Title

Ally Financial Inc.
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226


Aluma Systems
5240 East Great SW Pkwy
Atlanta, GA 30336


Ariel Bouskila Esq.
Berkovitch & Bouskila PLLC
80 Broad St, Suite 3303
New York, NY 10004


Ariel Bouskila Esq.
Berkovitch and Bouskila, PLLC
80 Broad St, Suite 3303
New York, NY 10004


B & B Concrete of Kansas LLC
10025 Office Center Avenue
Sappington, MO 63128


Citibank - The Home Depot
Citicorp Credit BK Dept
PO Box 790034
Saint Louis, MO 63179


Citizens Bank
Attention: ROP-15B
1 Citizens Drive
Providence, RI 02940


Fora Financial Advance LLC
519 8th Avenue 11th Floor
New York, NY 10018

Forward Financing
53 State Street
20th Floor
Boston, MA 02109


FrankCrum General Agency
100 South Missouri Avenue
Clearwater, FL 33756


FunBox
6900 Dallas Parkway
Plano, TX 75024


Georgia Department of Revenue
Compliance Div-ARCS-Bankruptcy
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345-3202


Internal Revenue Service
Centralized Insolvency Oper.
P. O. Box 7346
Philadelphia, PA 19101-7346


Newco Capital Group
1 Whitehall Street
Suite 200
New York, NY 10004


Ram Tool Construction Supply
4500 5th Avenue South
Bldg A
Birmingham, AL 35222


SG Tiltwall Patchers
2327 Monroe Drive
Gainesville, GA 30507

```
Shell Gas Fleet
PO Box 639
Portland, ME 04104


Stanley Austin Miller
1681 Nordic Trace
Marietta, GA 30068


Sunbelt Rental Inc.
PO Box 409211
Atlanta, GA 30384


Sunstate Equipment Co, LLC
5552 E Washington
Phoenix, AZ 85034


Supreme Court NY, Ontario Cnty
Clerk, Index # 133678/2022
27 N Main St
Canandaigua, NY 14424


Truist / SunTrust
214 N Tryon St
Charlotte, NC 28202-1078


Unique Funding Solution LLC
71 S. Central Avenue
Suite 200
Valley Stream, NY 11580


United Rebar Solution
467 Roxbury Drive
Riverdale, GA 30274


USA Ready Mix LLC
PO Box 101868
Birmingham, AL 35210
```

```
White Cap L.P.
PO Box 4944
Orlando, FL 32802
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    __Miller Concrete Construction and Associates LLC__

Debtor(s)

Case No. _____

Chapter    __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Miller Concrete Construction and Associates LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February  6, 2023__

Date

/s/ Danny Coleman, MBA, Atty

**Danny Coleman, MBA, Atty 177427**

Signature of Attorney or Litigant

Counsel for    __Miller Concrete Construction and Associates LLC__

**Coleman Legal Group, LLC**
**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
**(770) 282-7470**
**attorney@dcolemanlaw.com**