**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Miller Concrete Construction and Associates LLC**

Case No.: **23−51315−pwb**
Chapter:  **7**
Judge:  **Paul W. Bonapfel**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on **2/8/23** . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 02/15/23**
None Apply

**To be Filed by 02/22/23**
Corporate Resolution

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on February 10, 2023.

*[signature: Paul W. Bonapfel]*

Form 430c December 2018

Paul W. Bonapfel
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-51315-pwb |
| Miller Concrete Construction and Associa | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Feb 10, 2023 | Form ID: 430c | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miller Concrete Construction and Associates LLC, 1681 Nordic Trace, Marietta, GA 30068-1649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 12, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danny Coleman | |
| | on behalf of Debtor Miller Concrete Construction and Associates LLC attorney@dcolemanlaw.com dcoleman@dcolemanlaw.com |
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | |
| | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 3