# MILLER CONCRETE CONSTRUCTION AND ASSOCIATES LLC

## LLC/Corporate Resolution Authorizing

## Filing of Chapter 7 Bankruptcy

All of the shareholders / members and president of **MILLER CONCRETE CONSTRUCTION AND ASSOCIATES LLC**, a Georgia LLC, consent to the LLC filing a Chapter 7 Bankruptcy, thereby liquidating, and dissolving the LLC and ceasing to do business.

The LLC's President, and Owner, and Member is authorized to sign this resolution on behalf of the LLC and to take such actions as the President and Shareholders / Members deem necessary or appropriate to carry out the terms of this resolution.

Date: _2-6-23_

By: _____[signature]_____
Stanley Austin Miller
Sole Member / Sole Owner / Sole Shareholder, and President
MILLER CONCRETE CONSTRUCTION AND ASSOCIATES LLC
A Georgia LLC